COPY

1  Peter Afrasiabi, Esq. (Bar No. 193336)
       pafrasiabi@onellp.com
2  Christopher W. Arledge, Esq. (Bar No. 200767)
       carledge@onellp.com
3  John Tehranian, Esq. (Bar No. 211616)
       jtehranian@onellp.com
4  **ONE LLP**
   4000 MacArthur Blvd.
5  West Tower, Suite 1100
   Newport Beach, California 92660
6  Telephone:  (949) 502-2870
   Facsimile:  (949) 258-5081
7  www.onellp.com

8

   Attorneys for Plaintiff, Mavrix Photo, Inc.
9

FILED

10 NOV 23  AM 11: 27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

10                **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12

13  MAVRIX PHOTO, INC., a Florida            Case No.   CV10 9045 PSG VBKx
    corporation,
14                                           **COMPLAINT FOR COPYRIGHT
                                             INFRINGEMENT**
15          Plaintiff,

16  v.                                       **DEMAND FOR JURY TRIAL**

17  DAILY MAIL OF LONDON, a DBA for
    ASSOCIATED NEWSPAPERS LIMITED;
18  DMGT PLC; and DOES 1-10 INCLUSIVE,

19          Defendants.

20

21       Mavrix Photo, Inc. ("Mavrix"), by and through its attorneys of record, complains

22  against Associated Newspapers Limited dba "Daily Mail of London" and dba

23  www.dailymail.co.uk, DMGT PLC, and DOES 1 through 10 (collectively, "Defendants"),

24  as follows:

25  ///

26  ///

27

28

    17808
                                        1
                                    **COMPLAINT**

1

2
## JURISDICTION AND VENUE

3      1.     This is a civil action against Defendants for copyright infringement in breach

4  of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*.  This Court has subject matter

5  jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a),

6  and 28 U.S.C. § 1338(a) and (b).

7      2.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28

8  U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be

9  found and transact business in this Judicial District, and the injury suffered by Plaintiff took

10  place in this Judicial District.  Defendants are subject to the jurisdiction of this Court

11  because of their contacts with the United States and the State of California.

12  ## PARTIES: MAVRIX, DAILY MAIL, AND THE DAILY MAIL'S OPENING OF A

13  ## CELEBRITY-FOCUSED BUREAU IN LOS ANGELES

14      3.     Plaintiff Mavrix is a corporation incorporated and existing under the laws of

15  Florida, with offices located in Los Angeles, California and Miami, Florida, which is

16  publicly stated as such.  Mavrix is a prominent celebrity photography agency.  Mavrix

17  licenses its photographs to its end customers, the world's leading newspapers, television

18  programs and magazines, like People or US Weekly.

19      4.     Plaintiff is informed and believes and, upon such, alleges that Associated

20  Newspapers Limited is a worldwide business with its corporation headquarters in London,

21  England and a Los Angeles Bureau.

22      5.     Associated Newspapers Limited publishes the worldwide online newspaper

23  known as www.dailymail.co.uk ("Website" or "Daily Mail Online") as well as the print

24  paper known as the Daily Mail Newspaper ("Daily Mail").  The print version of the Daily

25  Mail is sold in the United States, in California and in Los Angeles specifically, which

26  consumers pay for the paper and those monies paid by Californians and Los Angelinos

27  eventually reach Associated Newspapers.

28

17808

2

**COMPLAINT**

1         6.    Public documents indicate that Associated Newspapers Ltd. is itself simply a

2    "division" of DMGT PLC, a multi-billion dollar worldwide publicly traded media

3    conglomerate entity that operates in over 40 countries, including the United States, and has

4    offices in the United States as well as facilities at the California Market Center in Los

5    Angeles. In fact, the Daily Mail entity appears from public documents to be a division of

6    DMGT housed in what DMGT calls its "A&N Media" group. The A&N Media Group

7    includes various media outlets. On information and belief, DMGT stands for "Daily Mail

8    and General Trust." Associated Newspapers Ltd. and DMGT are all part of the same

9    entity, do not enjoy a separate corporate structure and function as one common enterprise

10   and/or as alter egos of each other.

11        7.    In 2010, Defendants opened a Los Angeles Bureau of the Daily Mail Online,

12   which Bureau is in Los Angeles for the purpose of engaging in commerce related to

13   celebrity photographs and celebrity news stories. Defendants picked Los Angeles for their

14   new celebrity-focused Bureau because Los Angeles and Hollywood are the epicenter of

15   celebrity culture and celebrity sightings. Defendants operate their Los Angeles Daily Mail

16   Online Bureau in Inglewood, Los Angeles and have a 310 phone number for consumers to

17   call with any celebrity leads or photos to offer Defendants, and the number is registered to

18   a "World Media DMG." On information and belief World Media DMG is an alter ego of

19   Defendants ("DMG" refers to "Daily Mail Group" on information and belief) and the front

20   for their Los Angeles Daily Mail Online Bureau. True and correct copies of articles

21   discussing the opening of the Defendants' Los Angeles Bureau are attached as Exhibit A.

22        8.    The true names or capacities, whether individual, corporate or otherwise, of

23   the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff,

24   who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of

25   Court to amend this Complaint and insert the true names and capacities of said Defendants

26   when the same have been ascertained. Plaintiff is informed and believes and, upon such,

27   alleges that each of the Defendants designated herein as a "DOE" is legally responsible in

28

17808

3

**COMPLAINT**

1    some manner for the events and happenings herein alleged, and that Plaintiff's damages as

2    alleged herein were proximately caused by such Defendants.

3    **FACTS COMMON TO ALL COUNTS: THE DAILY MAIL'S REPEATED**

4    **COPYRIGHT INFRINGEMENT OF PLAINTIFF'S WORKS AND ITS PATTERN**

5    **AND PRACTICE OF SIMILAR INFRINGEMENTS AGAINST OTHERS .**

6    9.    The Daily Mail Online is one of the largest websites in the world.  It is the

7    second largest English news site in the world, second only to the New York Times.

8    Individuals associated with the Daily Mail Online (and working for Defendants,

9    specifically one James Bromley) claim that one-third of its online audience comes from the

10    United States.

11    10.    Of the nearly 80 million websites in the world, the Website ranks number 157

12    in the United States, according to the internet website traffic monitoring company Alexa.

13    A true and correct copy of the Alexa verification of this is attached as Exhibit B.  Similarly,

14    Quantcast (another internet website traffic monitoring company) indicates that *2.8 million*

15    *Americans per month* view the Website, and ranks the website as number 548 in the world.

16    A true and correct copy of Quantcast's data is also attached as part of Exhibit B.

17    11.    Not surprisingly, the Daily Mail Online advertises myriad product and service

18    offerings to people in California and the United States generally.  For example, true and

19    correct advertisements from the Website are attached as Exhibit C, all of which

20    demonstrate the Defendant offering Californians Mercedes Benz cars for sale (at Southern

21    California Mercedes Benz dealerships), job opportunities, health care plans, Cable TV at

22    Time Warner in Southern California, auto insurance in California, and Lincoln Mercury

23    cars for sale in California, among myriad other advertisements on the Website directed to

24    Californians and Americans.

25    12.    The Daily Mail Online also has a California-focused section, specifically a

26    top-level link to a portion of the Website named "U.S. Showbiz" with a dedicated section

27    to Los Angeles celebrity culture named "Gossip – Direct From L.A."  This portion of the

28    Website focuses on celebrity culture, the world epicenter of which is Los Angeles.  A true

1    and correct copy of this Los Angeles section of the Website is attached as Exhibit D.  As

2    discussed in Exhibit A, the celebrity gossip portion of the Website engages readers for

3    longer than any other portion of the Website.

4         13.    The Daily Mail Online also itself boasts that it has more non-UK users of its

5    English language website that it does UK users, claiming recently that it received an

6    average of almost 2,670,371 million unique non-UK visitors per day.  Moreover, it claims

7    that 64.05% percent of its unique users come from browser sessions outside the UK, with

8    the remaining 35% coming from the UK.

9         14.    The Website has "Debate Boards" for users to upload comments on celebrity

10   issues and engage in online sparring debates as well as voting/polling opportunities for

11   users to vote on celebrity issues (Example: "Has Kelly Osborne lost too much weight?").

12        15.    Defendants are familiar with Mavrix and Mavrix's valuable and proprietary

13   celebrity images.  Indeed, in the past Mavrix had licensed the Daily Mail certain of

14   Mavrix's images.  But the parties' business relationship deteriorated over time, and

15   Defendants took to simply using Mavrix's photos (at issue here) despite no legal authority

16   to do so, a pattern of conduct that is apparently part of Defendants' *modus operandi* with

17   other photograph agencies.

18        16.    Mavrix captures and authors certain valuable celebrity images and offers them

19   for license to entities, including the Defendants, by way of, for example, the following offer

20   (the following is a specific offer given to Defendants by Plaintiff via a communication to

21   Mr. Elliot Wagland, the Online Picture Editor for Defendants):

22         MAVRIXONLINE.COM - **DAILY MAIL ONLINE OUT -**

23         EXCLUSIVE!! Kate Hudson relaxes poolside in a blue bikini with her

24         brother Oliver Hudson and his wife Erinn Bartlett. Hudson, who turns 31

25         in ten days time, had a pedicure, ate bbq ribs and chilled out in the

26         Florida sunshine. She also appeared to be reading a script, possibly

27         learning lines for her upcoming movie Ass Backwards. Florida, 4/9/10.

28         **Fees must be agreed prior to publication.** Byline, credit, TV usage,

17808

COMPLAINT

web usage or linkback **must read MAVRIXONLINE.COM**. Failure to byline correctly will incur double the agreed fee. Tel: 305 542 9275 or 954 698 6777.

17.     Despite prominent warning that under no circumstances could the images be used in the print media without agreeing to fees first, and that under all circumstances the images could not be used on the Daily Mail Online website ("**DAILY MAIL ONLINE OUT**"), Defendants nonetheless used the images on its online website and/or its hard-copy publication.

18.     Despite prominent warning that "Fees must be agreed" prior to publication, Defendant simply would use the image online and in print editions and never negotiate fees. Defendant would on occasion send a check for a trivial, insubstantial sum of money, which was never agreed upon as the appropriate fee for the valuable images.

19.     As such, Defendants have repeatedly reproduced, publicly distributed and publicly displayed numerous photographs belonging to Mavrix on numerous occasions via their Website and also in their print editions of the Daily Mail, all of which was done without consent or license of Plaintiff.

20.     There are multiple infringements at issue in this case across two different media:

a.     Specifically, the following photographs are photographs that belong exclusively to Mavrix and which, as evidenced in the referenced Exhibits, were reproduced on Defendant's Website without consent:

1.     Pamela Anderson (Exclusive) (Exhibit E)

2.     Robbie Williams Wedding (Exhibit F)

3.     Devon James (Exclusive) (Exhibit G)

4.     Roger Daltrey (Exclusive) (Exhibit H)

5.     Halle Berry & Olivier Martinez (Exhibit I)

17808

6

**COMPLAINT**

b.      Specifically, the following photographs are photographs that belong exclusively to Mavrix and which were placed on Defendant's hard copy printed Daily Mail, and distributed in California and the United States without consent or agreement to terms as evidenced by the referenced Exhibits:

1.   Kate Hudson Blue Bikini (Exclusive) (Exhibit J)

2.   Devon James (Exclusive) (Exhibit G)

3.   Roger Daltrey (Exclusive) (Exhibit H)

4.   Robbie Williams Wedding (Exhibit F)

5.   Halle Berry & Olivier Martinez reporduced on two different ocasions in two different paper editions (Exhibit I)

The above-referenced infringed images identified in this paragraph are collectively referred to as "Photos" hereafter.

21.     Mavrix filed for copyright registration of all the Photos (excepting Devon James and Roger Daltrey which were filed after 90 days) within 90 days of their authorship and first publication, and the copyright registration receipts for all the Photos are attached hereto as Exhibits K (Roger Daltrey), L (Robbie Williams), M (Pamela Anderson), N (Halle Berry/Olivier Martinez), O (Devon James) & P (Kate Hudson).

22.     The Photos had substantial monetary value for Mavrix.

23.     As discussed in paragraph 16 above, one of the Daily Mail employees who Mavrix interacted with in the past regarding Mavrix images was Elliot Wagland, the Daily Mail Online Picture Editor.  Defendants with Mr. Wagland's assistance have a history of this copyright piracy conduct.  Indeed, the pattern and practice of Defendants is to ignore the demand of photo agencies or photographers to agree to rates before use and to simply take the pictures and use them without compensation or to then offer token compensation. Attached as Exhibit Q are true and correct copies of articles addressing this similar behavior as applied to other photo agencies and photographers similarly situated to Plaintiff here.  As such, the conduct of Defendants here as applied to Plaintiff Mavrix, given both the facts discussed above but also given Defendants' similar pattern and practice of

17808

7

**COMPLAINT**

1 | intellectual property piracy, was willful thereby entitling Mavrix to statutory damages of
2 | $150,000 per eligible image infringed per infringement.
3 | //

### FIRST CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C. § 501)

6     24.    Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1
7 | through 23 above.

8     25.   Mavrix is the owner of all rights, title and interest in the copyrights to the
9 | Photos, which substantially consist of material wholly original with Plaintiff and which are
10 | proper subject matter for copyright under the laws of the United States. Mavrix has
11 | complied in all respects with the Copyright Act and all of the laws of the United States
12 | governing copyrights. The Photos have been registered with the United States Copyright
13 | Office.

14     26.    Defendants have directly, vicariously and/or contributorily infringed, and
15 | unless enjoined, will continue to infringe Mavrix's copyrights by reproducing, displaying,
16 | distributing and utilized the Photos for purposes of trade in violation of 17 U.S.C. § 501 *et*
17 | *seq.*

18     27.    Defendants have willfully infringed, and unless enjoined, will continue to
19 | infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing and
20 | utilizing the Photos for purposes of trade.

21     28.    Defendants have received substantial benefits in connection with the
22 | unauthorized reproduction, display, distribution and utilization of the Photos for purposes
23 | of trade, including by increasing the traffic to Defendants' websites and, thus, increasing
24 | the advertising fees realized.

25     29.    The Defendants' acts are and were performed without the permission, license
26 | or consent of Mavrix.

27     30.    The wrongful acts of Defendants have caused, and are causing, great injury to
28 | Mavrix, of which damages cannot be accurately computed, and unless this Court restrains

17808

1   Defendants from further commission of said acts, Mavrix will suffer irreparable injury, for

2   all of which it is without an adequate remedy at law.  Accordingly, Mavrix seeks a

3   declaration that Defendants are infringing Mavrix's copyrights and an order under 17

4   U.S.C. § 502 enjoining Defendants from any further infringement of Mavrix's copyrights.

5        31.   As a result of the acts of Defendants alleged herein, Mavrix has suffered and is

6   suffering substantial damage to its business in the form of diversion of trade, loss of profits,

7   injury to goodwill and reputation, and the dilution of the value of its rights, all of which are

8   not yet fully ascertainable.

9        32.   Because of the willful nature of the copyright infringement, Mavrix is entitled

10  to an award of statutory damages equal to $150,000 per infringement.

11       33.   Mavrix is also entitled to its attorney's fees in prosecuting this action.

12  **PRAYER FOR RELIEF**

13       WHEREFORE, Plaintiff requests judgment against Defendants as follows:

14       1.   The Defendants, their officers, agents, servants, employees,

15  representatives, and attorneys, and all person in active concert or participation with them,

16  be permanently enjoyed from designing, copying, reproducing, displaying, promoting,

17  advertising, distributing, or selling, or any other form of dealing or transaction in, any and

18  all advertising and promotional materials, print media, signs, Internet websites, or any other

19  media, either now known or hereafter devised, bearing any design or mark which infringe,

20  contributorily infringe, or vicariously infringe upon Plaintiff Mavrix's rights in the Photos.

21       2.   Defendants be held liable to Plaintiff in statutory damages for copyright

22  infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) &

23  (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

24       3.   An accounting be made for all profits, income, receipts or other benefit

25  derived by Defendants from the reproduction, copying, display, promotion, distribution or

26  sale of products and services, or other media, either now known or hereafter devised, that

27  improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§

28  504 (a)(1) & (b).

17808

9

**COMPLAINT**

      4.      Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

      5.      Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

      6.      That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: November **22**, 2010

                                    **ONE LLP**

                                    By:

                                        Peter Afrasiabi, Esq.
                                        Attorneys for Plaintiff
                                        Mavrix Photo, Inc.

1

## DEMAND FOR JURY TRIAL

2

3

    Plaintiff Mavrix Photo, Inc. hereby demands trial by jury of all issues so triable

4

under the law.

5

6

Dated:  November 22, 2010

7

                                             **ONE LLP**

8

9

                                             By: _____

10

                                               Peter Afrasiabi, Esq.

11

                                                 Attorneys for Plaintiff,

12

                                                 Mavrix Photo, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17808

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV10- 9045 PSG (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

====================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>DAILY MAIL OF LONDON, a DBA for ASSOCIATED NEWSPAPERS LIMITED; DMGT PLC; and DOES 1-10 INCLUSIVE,<br>DEFENDANT(S). | CASE NUMBER<br><br>**CV10 9045 PSG VBKx**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): _____

     A lawsuit has been filed against you.

     Within __21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [X] complaint [ ] _____ amended complaint [ ]counterclaim[ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Peter R. Afrasiabi</u>, whose address is <u>4000 MacArthur Blvd., West Tower, Ste. 1100, Newport Beach, CA 92660</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

Clerk, U.S. District Court

Dated: __NOV 23 2010_____

By:     **CHRISTOPHER POWERS**_____
                         Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**COPY**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation, | DAILY MAIL OF LONDON, a DBA for ASSOCIATED NEWSPAPERS LIMITED; DMGT PLC; and DOES 1-10 INCLUSIVE, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Peter R. Afrasiabi<br>John Tehranian<br>ONE LLP<br>4000 MacArthur Boulevard<br>West Tower, Suite 1100<br>Newport Beach, CA 92660   (949) 502-2870 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** to be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Copyright Infringement under 17 U.S.C. Sections 101, *et seq.*

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                      CIVIL COVER SHEET

Page 1 of 2
CCD-JS44

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

VIII(a).   **IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No  [ ] Yes

If yes, list case number(s): _____

VIII(b).   **RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No  [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   [ ]   A. Arise from the same or closely related transactions, happenings, or events; or

[ ]   B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | United Kingdom |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date November 22, 2010

Peter R. Afrasiabi

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |