World Association of Newspapers and News Publishers News     The Editors Weblog   Arab Media   African Media   World Editors Fo

## Daily Mail opens Los Angeles bureau, blocks Meltwater

Posted by Savita Sauvin on July 7, 2010 at 4:51 PM

 

The Daily Mail and General Trust's Mail Online is the latest UK news website to bar online media monitoring service Meltwater from crawling its content by using the robots.txt site control protocol, paidContent reported yesterday.

Meanwhile, the United Kingdom's most visited newspaper website is hoping to find similar successes across the pond; it has opened an office in Los Angeles and hired editorial and sales employees. The newspaper plans to begin producing content for mass-market U.S. audiences and has chosen to remain a free-to-view news site, New Media Age reported today. The news site will explore editorial and sales capabilities around Hollywood-related news, and appears as a tab on the Daily Mail's homepage titled "U.S. Showbiz."

The Daily Mail began behavioural targeting across its U.S. inventory last year - a smart move, as ABC Electronic's monthly reports for the last five months show that more than half of the site's unique users (2.4 million daily) are from outside the United Kingdom, NMA noted.

"U.S. advertisers are looking more to integrated campaigns, tying up mobile with online, for example. More in-depth cross-platform work would be advisable," Matt Adams, head of activation at media agency MEC Global Solutions told NMA.

The move to LA, rather than another large U.S. city such as New York, Chicago or Washington D.C. is also a calculated one. According to April analytics from the Newspaper Marketing Agency, the newspaper's celebrity gossip engages readers for up to 20 minutes a day, longer than any other newspaper site in the United Kingdom.

Meanwhile at its home base, blocking the crawling of its content by Meltwater likely won't make much of a difference to the monitoring group, as it claims to crawl more than 115,000 different news sources. Meltwater also has bigger problems, paidContent points out: "Meltwater is currently alone in refusing to pay one of two new licenses which UK newspapers, represented by the Newspaper Licensing Agency, began requiring in January from services which crawl their material."

Posted in : Circulation and Readership ,  Launches and Closures

Tags :Bureaux, crawling, Daily Mail & General Trust, news site, newspaper

About us   Contact us   Advertise   The Editors Weblog   Shaping the Future of the Newspaper   World Association of Newspapers and News Publishers   World Newspaper
© Shaping the Future of the Newspaper. All rights reserved
Terms of Use

*Exhibit A*





NewStatesman Annual subscription less than HALF PRICE

[_____] GO

Login | Register

HOME | POLITICS | BUSINESS | CULTURE | MEDIA | LIFE & SOCIETY | WORLD AFFAIRS | COLUMNS | BLOGS | COMMENTPLUS | SUBSCRIBE

BROADCAST    DIGITAL    MAGAZINES    NEWSPAPERS

Return to: Home | Media | Digital

# Mail Online MD: We make money in the US

## Oliver Luft

Published 18 October 2010

Print version | Email a friend | Listen | RSS

According to data from comScore, Mail Online now ranks as the world's second-largest English language news site after the New York Times.



A British tourist reads the Daily Mail while relaxing in the sun at her hotel in August 2008.
Credit: Getty Images

Mail Online generates a "marginal profit" from its US-facing pages despite being a relative unknown amongst advertisers, its managing director said today.

The website of the Daily Mail and Mail on Sunday newspapers now drew a third of its audience from the US, James Bromley told the AOP conference this afternoon.

The site, which has a heavy focus on celebrity news, has also begun tailoring some content for its US readership, Bromley said, and used technologies such as geo-tagging to present readers in the US with relevant content.

Display advertising remained of primary importance to Mail Online, he said, as the site was a focused on a free access model which relied on a loyal readership visiting the site several times each day.

Mail Online opened a bureau in Los Angeles in May as part of its bid to expand coverage that will attract US readers, appointing Elliot Wagland, previously the Mail's online picture editor in London, to oversee the new bureau.

"Just like many other national newspapers we have partners that represent our US inventory and we optimise how we distribute our inventory in the US but at the moment we are an unknown brand in the US," he said.

According to data from comScore, Mail Online now ranks as the world's second-largest English language news site after the New York Times.

"We are about the eighth largest newspaper in the US market. But you walk into an [advertising] agency and its 'Daily who?'" Bromley told the AOP.



Subscribe

NewStatesman
Israel divided

CommentPlus
Newsletter!
Enter your email address below to receive digested summaries of the day's essential comment, opinion and analysis.

[_____]
SIGN UP >

NewStatesman
Newsletter!
Enter your email address here to receive updates from the team

[_____]
SIGN UP >

Vote!
Should control orders be abolished?
○ yes ○ no
VOTE
Suggest a question
View comments

Tools & Services
PDF version
PDA version
RSS
Podcasts
Email updates
Special Supplements
Stockists
Magazine
Archive
Subscribe

"That's going to change as our growth continues in the US market but at the moment we are on a much lower [ad] yield in the US market than we are on in the UK.

"We are marginally profitable in the US market but that will increase dramatically."

*Oliver Luft is News Editor of Press Gazette.*

*Get the full magazine for just £1 a week with a trial subscription. PLUS get a free copy of Keynes: The Return of the Master by Robert Skidelsky.*

**Post this article to**

Digg    del.icio.us    newsvine    Buzz up!    Reddit

## Post your comment

Name:

Message:

Email address:

*(Your email address will not be published)*

Post your comment

*This article was originally published on newstatesman.com at 11:20 on 18 October 2010*

## Related Links

**MySpace unveils new content-oriented design**
By New Statesman | 28 October

**One out of five Britons more honest on social networks**
By New Statesman | 28 October

**LimeWire shuts down services after US court injunction**
By New Statesman | 28 October

**FTC drops privacy probe against Google Street View**
By New Statesman | 28 October

© New Statesman 1913 - 2010

**NewStatesman TV**

**Visit the YouTube Channel**

**DAILY NEWS**
Even Abraham saw red
In search of El Dorado...
Inside the secret talks: IRAN. War is closer.

Home  Contact Us  Subscribe  Magazine  About Us  Jobs  Advertise  Sponsorship  Stockists  Terms & Conditions  Privacy Policy  Accessibility

dailymail.co.uk - Information from Alexa Internet                                    Page 1 of 4

 **Alexa**®

dailymail.co.uk

[ Search ]

Advanced Search

**Related Searches:** dailymail, debonair, youramateurporn, allhiphop, telegraph.co.uk



Search Analytics for **dailymail.co.uk**

**QCI** 10 out of 100 - Low

**Query Popularity** 33 out of 100 - Moderate

## Site Information for dailymail.co.uk (/siteinfo/dailymail.co.uk#trafficstats)

**Get Details (/siteinfo/dailymail.co.uk#trafficstats)**

- Alexa Traffic Rank: **191 (/siteinfo/dailymail.co.uk#trafficstats)**
- Traffic Rank in **US (/topsites/countries/US)** : 157
- Sites Linking In: **37,217 (/site/linksin/dailymail.co.uk)**
- 3 Stars

Search Results for **dailymail.co.uk**

Displaying 1 to 9 out of 9 sites.

Sponsored Links

**Free Gmail from Google (http://www.google.com/aclk?sa=l&ai=C7FoY9d_STP-
BDIaOmQfwzpHSCZf7o88Bg_m90AuQ5JojEAEg8dSqBigCULm_i6f-
____wFgyb7UhsijkBmgAfWCtvkDyAEBggQYT9CLuZt1fGrNHmKUdi-d09-
atB6VLZOi&num=1&sig=AGiWqtwTO_rinYNCPiEdP5RxJOF02czsIg&adurl=https://www.google.com/accounts/NewAccount%
3Fservice%3Dmail%26hl%3Den-us%26continue%3Dhttp%253A%252F%252Fmail.google.com%252Fmail%252Fe-11-
109a5a55d7610df0e7957ac039c47579-ed2a46d7696ce586b7fe29a45c9ba0be71a9c732%26type%3D2%26utm_campaign%
3Den%26utm_source%3Den-ha-na-us-bk%26utm_medium%3Dha%26utm_term%3Dgmail)**

7+ GB storage, less spam, and mobile access. Sign up today!

**mail.google.com (http://www.google.com/aclk?sa=l&ai=C7FoY9d_STP-
BDIaOmQfwzpHSCZf7o88Bg_m90AuQ5JojEAEg8dSqBigCULm_i6f-
____wFgyb7UhsijkBmgAfWCtvkDyAEBggQYT9CLuZt1fGrNHmKUdi-d09-
atB6VLZOi&num=1&sig=AGiWqtwTO_rinYNCPiEdP5RxJOF02czsIg&adurl=https://www.google.com/accounts/NewAccount%
3Fservice%3Dmail%26hl%3Den-us%26continue%3Dhttp%253A%252F%252Fmail.google.com%252Fmail%252Fe-11-
109a5a55d7610df0e7957ac039c47579-ed2a46d7696ce586b7fe29a45c9ba0be71a9c732%26type%3D2%26utm_campaign%
3Den%26utm_source%3Den-ha-na-us-bk%26utm_medium%3Dha%26utm_term%3Dgmail)**

**UK Daily Mail (http://www.google.com/aclk?sa=L&ai=CTpws9d_STP-
BDIaOmQfwzpHSCZrP7r8Bgoye8BKagYClQxAClPHUgqYoAlCD57vXBmDJvtSGyKOQGcqBAaoEHk_Q28XmdX9qzR5ihXddlb
-fYsGivQbYkeo4Fv415w&num=2&sig=AGiWqtyQwsrec8V9D4lPOqP6ajVPcHo80w&adurl=http://go.sp-ask.com/us/r5%3Fq%
3Duk%2Bdaily%2Bmail%26siteid%3D15141%7C15141%7C15141%26sq%3D1)**

Search for **UK Daily Mail** Find **UK daily mail**

*Exhibit B*

Ask.com (http://www.google.com/aclk?sa=L&ai=CTpws9d_STP-
BDIaOmQfwzpHSCZrP7r8Bgoye8BKagYCIQxACIPHUggYoAICD57vXBmDJvtSGyKOQGcgBAaoEHk_Q28XmdX9qzR5ihXddIb
-fYsGivQbYkeo4Fv415w&num=2&sig=AGiWgtyQwsrec8V9D4IPOqF6aiVPcHo80w&adurl=http://go.sp-ask.com/us/r5%3Fq%
3Duk%2Bdaily%2Bmail%26siteid%3D15141%7C15141%7C15141%26sq%3D1)

- The Daily Mail (/siteinfo/dailymail.co.uk)
  - ◦ ▭▭▭▭ (/siteinfo/dailymail.co.uk)
  - ◦ Rank:191
  - ◦ Category: Regional (/topsites/category/Top/Regional/) > Europe (/topsites/category/Top/Regional/Europe/)
  - ◦ Keywords: daily mail (/search?q=daily+mail&p=gkey&r=site_screener) , mail (/search?
    q=mail&p=gkey&r=site_screener) , facebook (/search?q=facebook&p=gkey&r=site_screener) , dailymail
    (/search?q=dailymail&p=gkey&r=site_screener)
- This Is Money (/siteinfo/thisismoney.co.uk)
  - ◦ ▭▭▭ (/siteinfo/thisismoney.co.uk)
  - ◦ Rank:12,035
  - ◦ Category: Regional (/topsites/category/Top/Regional/) > Europe (/topsites/category/Top/Regional/Europe/)
  - ◦ Keywords: money saving tips (/search?q=money+saving+tips&p=gkey&r=site_screener) , sell and rent
    back (/search?q=sell+and+rent+back&p=gkey&r=site_screener) , buy to let (/search?
    q=buy+to+let&p=gkey&r=site_screener) , sell and rent (/search?q=sell+and+rent&p=gkey&r=site_screener) ,
    this is money (/search?q=this+is+money&p=gkey&r=site_screener)
- mailonsunday.co.uk (/siteinfo/mailonsunday.co.uk)
  - ◦ ▭▭▭▭ (/siteinfo/mailonsunday.co.uk)
  - ◦ Rank:90,844
  - ◦ Keywords: mail on sunday (/search?q=mail+on+sunday&p=gkey&r=site_screener) , peter hitchens
    (/search?q=peter+hitchens&p=gkey&r=site_screener) , mail on (/search?
    q=mail+on&p=gkey&r=site_screener) , mail online (/search?q=mail+online&p=gkey&r=site_screener) ,
    mailonline (/search?q=mailonline&p=gkey&r=site_screener)
- This Is Hull and East Yorkshire (/siteinfo/thisishullandeastriding.co.uk)
  - ◦ ▭▭▭▭ (/siteinfo/thisishullandeastriding.co.uk)
  - ◦ Rank:66,705
  - ◦ Category: Regional (/topsites/category/Top/Regional/) > Europe (/topsites/category/Top/Regional/Europe/)
  - ◦ Keywords: hull daily mail (/search?q=hull+daily+mail&p=gkey&r=site_screener) , daily mail (/search?
    q=daily+mail&p=gkey&r=site_screener) , high school musical (/search?
    q=high+school+musical&p=gkey&r=site_screener) , boxing day sale (/search?
    q=boxing+day+sale&p=gkey&r=site_screener) , jobs in hull (/search?
    q=jobs+in+hull&p=gkey&r=site_screener)
- Daily Newspaper (/siteinfo/dailynewspaper.co.uk)
  - ◦ ▭▭▭▭ (/siteinfo/dailynewspaper.co.uk)
  - ◦ Rank:265,259
  - ◦ Category: Regional (/topsites/category/Top/Regional/) > Europe (/topsites/category/Top/Regional/Europe/)
  - ◦ Keywords: dailymail.co.uk news (/search?q=dailymail.co.uk+news&p=gkey&r=site_screener) , uk
    newspapers (/search?q=uk+newspapers&p=gkey&r=site_screener) , uk newspaper (/search?
    q=uk+newspaper&p=gkey&r=site_screener) , daily mail news (/search?
    q=daily+mail+news&p=gkey&r=site_screener) , daily newspaper (/search?
    q=daily+newspaper&p=gkey&r=site_screener)
- News on Feeds (/siteinfo/newsonfeeds.com)
  - ◦ ▭▭▭▭ (/siteinfo/newsonfeeds.com)
  - ◦ Rank:169,347
  - ◦ Category: News (/topsites/category/Top/News/) > Directories (/topsites/category/Top/News/Directories/)

- Keywords: news aggregator (/search?q=news+aggregator&p=gkey&r=site_screener) , rss aggregator (/search?q=rss+aggregator&p=gkey&r=site_screener) , rss aggregators (/search?q=rss+aggregators&p=gkey&r=site_screener) , feed aggregator (/search?q=feed+aggregator&p=gkey&r=site_screener) , aggregator (/search?q=aggregator&p=gkey&r=site_screener)
- Alexa Internet (/siteinfo/alexa.com)
  - Category: Computers (/topsites/category/Top/Computers/) > Internet (/topsites/category/Top/Computers/Internet/)
- Telegraph.co.uk (/siteinfo/telegraph.co.uk)
  - ░░░░░░░ (/siteinfo/telegraph.co.uk)
  - Rank:254
  - Category: Regional (/topsites/category/Top/Regional/) > Europe (/topsites/category/Top/Regional/Europe/)
  - Keywords: facebook (/search?q=facebook&p=gkey&r=site_screener) , haiti earthquake (/search?q=haiti+earthquake&p=gkey&r=site_screener) , google (/search?q=google&p=gkey&r=site_screener) , telegraph (/search?q=telegraph&p=gkey&r=site_screener) , avatar (/search?q=avatar&p=gkey&r=site_screener)
- Google (/siteinfo/google.com)
  - ░░░░░░░ (/siteinfo/google.com)
  - Rank:1
  - Category: World (/topsites/category/Top/World/) > Français (/topsites/category/Top/World/Fran%C3%A7ais/)
  - Keywords: gmail (/search?q=gmail&p=gkey&r=site_screener) , google (/search?q=google&p=gkey&r=site_screener) , adsense (/search?q=adsense&p=gkey&r=site_screener) , google maps (/search?q=google+maps&p=gkey&r=site_screener) , gmail.com (/search?q=gmail.com&p=gkey&r=site_screener)

## Queries related to dailymail.co.uk

- katie piper (/search?p=morequery&r=site_screener&q=katie+piper)
- haiti earthquake (/search?p=morequery&r=site_screener&q=haiti+earthquake)
- tiger woods (/search?p=morequery&r=site_screener&q=tiger+woods)
- michelle obama (/search?p=morequery&r=site_screener&q=michelle+obama)
- australian open (/search?p=morequery&r=site_screener&q=australian+open)
- norway spiral (/search?p=morequery&r=site_screener&q=norway+spiral)
- katie price (/search?p=morequery&r=site_screener&q=katie+price)
- easyjet (/search?p=morequery&r=site_screener&q=easyjet)
- mail online (/search?p=morequery&r=site_screener&q=mail+online)

## Categories for dailymail.co.uk

- Regional > ... United Kingdom > News and Media > Newspapers
- Regional > ... London > News and Media > Magazines
- Regional > ... East Riding of Yorkshire > News and Media > Newspapers
- Regional > ... United Kingdom > News and Media > Directories
- News > Directories > Headline Links
- Computers > Internet > Statistics and Demographics > Internet Traffic
- Regional > ... Country Sports > Sighthounds > News and Media
- World > ... Recherche > Moteurs de recherche > Google

**More**

Hide

**Advanced Search**

| Country:<br>Any country | Language:<br>Any | Category:<br>Any | | Traffic Rank between:<br>1<br>and<br>10,000,000 | Adult Co<br>NO adul |
|---|---|---|---|---|---|

© Alexa Internet, Inc.



dailymail.co.uk - Quantcast Audience Profile

Blog | About | Contact Us | Careers | Terms | Privacy | Top Sites |
Site Index
©2010 Quantcast Corporation

Daily Mail Ads directed to sales in California

Example Ad 1: United Health Care plans which directs the user to a page offering a quote based on a California zip code.





*Exhibit C*

Example Ad 2: A Mercedes-Benz ad which directs the user to a Southern California Mercedes dealer site.





# Bristol who? Levi Johnston attends Teen Choice Awards with his music video co-star

By DAILY MAIL REPORTER
Last updated at 4:05 PM on 9th August 2010

Comments (18) Add to My Stories

Dumped Levi Johnston stepped out on the red carpet last night at the Teen Choice Awards in Los Angeles, accompanied by his soon-to-be music video co-star Britt Senser.

The pair looked very cosy as they posed for pictures with their arms round each o Johnston wore a dark blue suit to match Brittani's blue strapless dress and appe relaxed and carefree as he entered the event.





Example Ad 3: Time Warner Cable Ad which directs the user to a Southern California Corporate site.



Example Ad 4: Auto Insurance ad which directs user to a car insurance quote page which feaures a map of California.







Example Ad 5: Lincoln ad which directs the user to Lincoln Mercury California.



August 10, 2010



| Home | News | Sport | TV&Showbiz | Femail | Health | Science&Tech | Money | Debate | Coffee Break | Property | Motoring | Travel |

TV&Showbiz Home | U.S. Showbiz | Headlines | A-Z Star Search | Pictures | Showbiz Boards | Blogs | Video | TV Listings                Login

09 August 2010 10:54 AM

**Lily Allen outshines arrogant M.I.A. at Big Chill festival**

The Big Chill festival is no longer the snug, laidback experience of even three or four years ago. It much more closely resembles the corporate-heavy atmosphere of other big events such as Reading and T in The Park, although the setting in the Malvern Hills is suitably bucolic.

Unfortunately, while the event has become more sprawling, the calibre of act hasn't improved accordingly.

As usual there were delights to be found on some of the smaller stages. Both Caribou and Tensnake excelled, Caribou with a lushly melodic wash of techno folk and Tensnake with a set of hip-shaking dance nuggets.

However, the acts on the main stage were not terribly impressive. Friday saw Massive Attack in full-on drone mode and being out-sunshined by the grumpy elf himself, Thom Yorke, who was not as earnest as expected.

Search ▸  Advanced Search

**Paul Connolly on Music**

▸ What is RSS?
▸ All our RSS feeds

**READ OUR OTHER SHOWBIZ & FASHION BLOGS**

BAZ'S BLOG

Katie Nicholl's celebrity diary

NATHAN KAY'S PARTY PEOPLE

Paul Revoir's broadcast blog

August 10, 2010

## Laidback bridegroom Robbie Williams shares a tender moment on the sofa with his new bride Ayda

By PAUL SCOTT
Last updated at 11:23 AM on 9th August 2010

Comments (42) | Add to My Stories

Moments after tying the knot, Robbie Williams and his bride Ayda Field took themselves away from the guests to enjoy a few private moments as husband and wife.

Looking relaxed on a white sofa, the proud groom gazed at his new wife in her stunning white strapless gown, and wearing white roses in her hair.

The singer was photographed tenderly reaching out and touching her shoulder.

So what will the future hold for the couple...

As a recent party at the Hacienda-style home of Robbie Williams was winding down, the host sat perched on a counter-top in his cavernous kitchen holding court with a few remaining stragglers.

'Do you think it's possible to go forward in time,' he mused out of the blue, 'and change your destiny?'

Not surprisingly, perhaps, his statement was greeted with nervous coughs and mystified expressions from his gathered guests.



Search ▶ | Advanced Search

FEMAIL TODAY

▶ Get Ripp'd: Kelly shows off super-toned legs as she leaves the gym Seriously muscley in Tribeca, New York

▶ Kelsey Grammer 'deeply in love' with British girlfriend just five weeks after wife files for divorce Actor had denied a third party was involved

▶ The holiday continues


I need affordable auto insurance.
My age is...

16-19 years old
20-24 years old
25-29 years old
30-34 years old
35-39 years old
40-49 years old
50+ years old

RateMarketplace



# Get quick, easy, no-obligation Auto Insurance quotes!
### Find a Lower Rate Now.

CALIFORNIA


Get Matched in Minutes!

Are you currently insured?
○ Yes   ○ No

Would you like your policy to start within the next two weeks?
○ Yes   ○ No

How old are you?
Please select one:

Enter your zip code:

Get Started ▶

RateMarketplace®

August 10, 2010

Netflix is a California based company.

## back bridegroom Robbie Williams
## es a tender moment on the sofa with his
## bride Ayda

:OTT
:d at 11:23 AM on 9th August 2010

nts (42) | Add to My Stories

after tying the knot, Robbie Williams and his bride Ayda Field took themselves
n the guests to enjoy a few private moments as husband and wife.

relaxed on a white sofa, the proud groom gazed at his new wife in her stunning
apless gown, and wearing white roses in her hair.

er was photographed tenderly reaching out and touching her shoulder.

will the future hold for the couple...

it party at the Hacienda-style home of Robbie Williams was winding down, the host sat
n a counter-top in his cavernous kitchen holding court with a few remaining stragglers.

ink it's possible to go forward in time,' he mused out of the blue, 'and change your

singly, perhaps, his statement was greeted with nervous coughs and mystified expressions
athered guests.











# Laidback bridegroom Robbie Williams shares a tender moment on the sofa with his new bride Ayda

By PAUL SCOTT
Last updated at 11:23 AM on 9th August 2010

Comments (42) | Add to My Stories

Moments after tying the knot, Robbie Williams and his bride Ayda Field took themselves away from the guests to enjoy a few private moments as husband and wife.

Looking relaxed on a white sofa, the proud groom gazed at his new wife in her stunning white strapless gown, and wearing white roses in her hair.

The singer was photographed tenderly reaching out and touching her shoulder.

So what will the future hold for the couple...

As a recent party at the Hacienda-style home of Robbie Williams was winding down, the host sat perched on a counter-top in his cavernous kitchen holding court with a few remaining stragglers.

'Do you think it's possible to go forward in time,' he mused out of the blue, 'and change your destiny?'

Not surprisingly, perhaps, his statement was greeted with nervous coughs and mystified expressions from his gathered guests.



Something to cheer about.

TV + INTERNET
$74.99 a month

Save $120 a year.
200 Digital Channels.
High-Speed Online.

Get it now

FEMAIL TODAY

▸ Get Ripa'd: Kelly shows off super-toned legs as she leaves the gym Seriously muscley in Tribeca, New York

▸ Kelsey Grammer 'deeply in love' with British girlfriend just five weeks after wife files for divorce Actor had denied a third party was involved







Lo



August 10, 2010

aidback bridegroom Robbie Williams
hares a tender moment on the sofa with his
ew bride Ayda

'AUL SCOTT
t updated at 11:23 AM on 9th August 2010

Comments (423) Add to My Stories

ments after tying the knot, Robbie Williams and his bride Ayda Field took themselves
ay from the guests to enjoy a few private moments as husband and wife.

king relaxed on a white sofa, the proud groom gazed at his new wife in her stunning
ite strapless gown, and wearing white roses in her hair.

: singer was photographed tenderly reaching out and touching her shoulder.

what will the future hold for the couple...

a recent party at the Hacienda-style home of Robbie Williams was winding down, the host sat
ched on a counter-top in his cavernous kitchen holding court with a few remaining stragglers.

you think it's possible to go forward in time,' he mused out of the blue, 'and change your
tiny?'

surprisingly, perhaps, his statement was greeted with nervous coughs and mystified expressions
n his gathered guests

[Search] Advanced Search

MaxClarity"
Foam –
clears skin
fast with no
irritation.'

BEFORE   AFTER

Get One Month of
MaxClarity" FREE!'

ORDER NOW

FEMAIL TODAY
• Get Ripa'd: Kelly shows
off super-toned legs as
she leaves the gym
Seriously muscle in
Tribeca New York

it's so powerful, all you need to use is a
small amount each time you use
MaxClarity

Stiefel cares about your privacy!
Click here: Privacy and Options

Results will vary

It doesn't take long for MaxClarity™ Foam users
to see clearer skin. See the success stories.

love MaxClarity™ Foam that we back it up
with our 60 day Money Back Guarantee. If
you do not see clearer skin—with no
irritation—within 60 days we'll give you your
money back.

Get clear skin now!
Order your complete MaxClarity™ System today!

• FREE one month
supply
• FREE Priority
Processing
• FREE Foaming
Wash

Use as directed

Personal Information
First Name:
Last Name:
Phone:
Email:
Confirm Email:

Please provide a valid email address to receive your
order confirmation.

MaxClarity™ can only ship to addresses that are in the continental U.S. We
inconvenience.

☑ Ship my order to my billing address

Billing Information
Address:
Address 2:
City:
State:   CA
Zip Code:   Select State
AL
AR
AZ
CA
CO
CT
DC
DE
FL
GA
IA
ID
IL
IN
KS
KY
LA
MA
MD

Checkout

About Stiefel | Terms and Conditions | Privacy Policy | Money Back Guarantee | FAQs

Results will vary.
© 2010 Stiefel Laboratories, Inc.
MAXCLARITY is a trademark, VERSAFOAM-HF, the V Design, VERSAFOAM, STIEFEL, and STIEFEL &
Design are registered trademarks of Stiefel Laboratories, Inc.

August 10, 2010



KAYAK   SEARCH ONE >>
AND DONE.

Find a Job | Dating | Wine | Our Papers | Feedback | My Stories          Wednesday, Aug 11 2010 12AM 14°C 3AM 11°C · 5-Day Forecast

# **Mail** Online



TV&Showbiz

Home  News  Sport  U.S. Showbiz  Femail  Health  Science&Tech  Money  Debate  Coffee Break  Property  Motoring  Travel

U.S. Showbiz Home | U.K. Showbiz | Headlines | A-Z Star Search | Pictures | Star Boards | Blogs | Video | TV Listings          Login

## Laidback bridegroom Robbie Williams shares a tender moment on the sofa with his new bride Ayda

By PAUL SCOTT
Last updated at 11:23 AM on 9th August 2010

Comments (42) Add to My Stories

**Moments after tying the knot, Robbie Williams and his bride Ayda Field took themselves**

[Search] Advanced Search



TIME WARNER C

Three reasons w
the best choic

✓ Save $251 a yea
✓ 2 HD DVR Boxe

 KAYAK   Compare hundreds of travel sites at once

Hotels
‹ Flights ›
Cars
Vacations

● Round-trip   ○ One-way

From
LAX

To

Depart
08/24/2010   Anytime
Tuesday, Aug 24 2010

1 traveler

Return
08/27/2010   Anytime
Friday, Aug 27 2010

 Search

Cheap Hotels at Priceline
Save up to 50% on Hotels when
You Name Your Own Price®.
www.Priceline.com/Hotels

Hotels - Up to 80% Off
Find the Cheapest Hotel Rooms Now.
Compare Rates up to 80% Off!
www.Travelzoo.com

Travelocity Hotel Deals
Low Price Guaranteed on Hotels
No Change/Cancel Fees. Book Now!
www.Travelocity.com/Hotels

Hampton Inn Thousand Oaks
Book on Our Official Site Today and
Get Our Best Rates. Guaranteed.
HamptonInn.Hilton.com

TRAVEL+LEISURE Top 25 Travel Websites    TIME 25 Sites We Can't Live without    THE WEBBY AWARDS 2009 Webby Award Winner Travel



Exhibit D

