

Pam Anderson doesn't follow the Atkins diet as she tucks into some tasty bread in

http://www.dailymail.co.uk/tvshowbiz/article-1315004/Pam-Anderson-doesnt

MostVisited  mavrixphoto  mavrixonline  mavrixvideo  godaddy  google analytics  wordpress  whois  Jildeo  Kerfer Admin  W

© Splash News

**Yummy treat:** Anderson, with minder, takes in sights while snacking on bread.

In fact, she loved Greece and Athens so much that, in 2007, ex-husband Tommy Lee said he would buy a replica of the country, in Dubai, for her. Lee is of Greek origin.

Despite a splashy turn in Dancing With the Stars in the U.S. last season, the actress' career has been on the wane. She now appears to be filling that void by doing appearances and charity work.

She recently appeared semi-nude in a print ad for PETA in which a diagram of her bodily organs were drawn, likening the organs to animals killed for food. The slogan was: 'All animals have the same parts'.

**Typical tourist:** Anderson, in her nightdress takes photos from her balcony of the streets below.

The ad was banned in Montreal, Canada because it was deemed too sexist. The president of PETA, Ingrid Newkirk, defended Anderson by saying that the 'true feminists' should be more concerned about 'the plight of female livestock' than Anderson's body.

The actress is also the celebrity spokesperson for the American Liver Foundation and served as the Grand Marshal of the SOS motorcycle ride fundraiser.

Anderson is an advocate for the legalization of marijuana; now only legal in the U.S. for treatment of cancer patients. She wrote an open letter to President Barack Obama asking that the plant be legalized.

Online

Exhibit E

11/16/2010



The answer, according to friends of the couple, is that she has not only tolerated, but wholeheartedly embraced, some of her new husband's more eccentric tendencies.

Take, for example, a recent flight of fancy dreamt up by Stoke-born Williams one evening after he had been reading one of his favourite U.S. websites on which members swap unlikely conspiracy theories.



© MAVRIXONLINE.COM

**There goes the bride: A rear view of Ayda's extraordinary layered gown**

Williams, it seems, decided that he, his girlfriend and three friends should hire jet skis and ride them all the way from the coastal resort Marina del Rey to Catalina Island, 33 miles away.

The reason for the jaunt, he explained, was so they could look below the waves for signs of marine aliens or USOs (unidentified submerged objects - the underwater equivalent of UFOs).

It was as a result of that bizarre trip that the couple initially decided to get hitched on Catalina Island, although in the event the ceremony was moved to Williams's garden after news leaked out.

Then there was the summer holiday he insisted they take two years ago to stay for a week in a camper van at the ECETI ( Enlightened Contact with Extraterrestrial Intelligence) research centre in

*Online*

*Exhibit F*

11/16/2010

MAVRIXONLINE.COM – DAILY MAIL ONLINE OUT – Aerial views of Robbie Williams' intimate but lavish wedding to actress Ayda Field. The wedding, organized mainly by Robbie doting mother Jan, 69, was reportedly held in front of family and close friends and took place at his mansion in Mulholland Estates. Robbie, 36, and Ayda, 31, are looking forward to a long-term future and, according to reports, are also hoping to start a family together. The two have been together for three years and Williams proposed to Field last November, but only announced the wedding date to family and friends last week. Robbie, who recently reunited with his former band Take That, reportedly received a wedding surprise from his bandmates, who made a wedding video for him congratulating him and telling him how much they love him. Beverly Hills, CA, 8/7/10.
Fees must be agreed for image use.
Byline, credit, TV usage, web usage or linkback must read MAVRIXONLINE.COM.
Failure to byline correctly will incur double the agreed fee.
Tel: 305 542 9275 or 954 698 6777.




Print



Print
Online

Exhibit G

11/16/2010

## toned torso at 65 as Elton John takes gravity-defying leap at 62

By SIMON CABLE
Last updated at 1:13 AM on 29th October 2009

Comments (76)   Add to my Stories

They are both in their sixties and could be forgiven for looking towards their retirement.

But veteran musicians Roger Daltrey and Elton John show no sign of slowing down.

As Daltrey emerged from the surf with a fit and toned torso yesterday, he certainly didn't look like one of his g-g-generation.

A picture of him at 65 even attracted some comparisons with Bond actor Daniel Craig, 41.

The legendary Who frontman cut an impressive figure during a holiday in Florida - no doubt the result of his famously athletic performances on stage.


CENTRAL AMERICA
AND THE CARIBBEAN
FOR AS LOW AS $79*
AmericanAirlines | AA.com



Rich Dad Poor Dad
Miami
Rich Dad Education
Miami area. FREE
financial workshops Dec.
7th-10th


Miami: Local Mom
Makes $77/hr Online!
Unemployed Mom Makes
$6,397/Month Working
Online! Read How She
Did It.


Miami Mom: Lose
47lbs Following 1
Rule
I Cut Down 47 lbs of
Stomach Fat In A Month
By Obeying This 1 Old
Rule

**FEMAIL TODAY**


▸ I'm A Celebrity: Now George Hamilton quits the jungle
Chaos as favourite walks out just five days before the final


▸ 'Breaking up with Alex was harder than divorcing Pete,' says Katie Price
She's not ruling out a reconciliation with the cagefighter


▸ Glowing Denise Van Outen shows off first hint of a baby bump
Presenter, who is four months pregnant, attended charity night with husband Lee Mead


▸ Kym Marsh serenades a delighted Sir Alex Ferguson at Eamonn Holmes' son...
It wasn't his party, but he was the happiest man in the room



▸ Emma Watson has a face like thunder during reunion with boyfriend
Even the Caribbean sunshine failed to make the star smile

▸ Forget pre-Christmas


**Advertisers**

**British Gas**
HomeCare® ®
Boiler care from £8.50/Month. Sign up today & only pay for 11 months!

**Tesco Groceries**
Groceries delivered to your door 7 days a week

**Mail Partners**

COMPARE LIFE




Is that 007? No, it's Roger Daltrey, 0065: The Who frontman cut an impressive figure during a holiday in Florida, reminiscent of Daniel Craig as James Bond

Online

Exhibit H





Print



Find a Job | Dating | Wine | Our Papers | Feedback | My Stories

**Mail** Online



| Home | U.K. Home | News | Sport | **U.S. Showbiz** | Femail | Health | Science |

| U.S. Showbiz Home | U.K. Showbiz | Headlines | A-Z Star Search | Pictures | Showbiz Boards |

## Hollywood's pass the parcel men: mee lotharios A-list ladies just can't resist recycling

By ALISON BOSHOFF
Last updated at 9:07 AM on 4th November 2010

Comments (14) | Add to My Stories

He's impossibly handsome, of course, and he brims with a very charismatic and utterly variety of self-belief.

People who dislike Olivier Martinez say he is an old-fashioned sexist — a Continental l is virtually a caricature of the type.

Whatever you say, though, the truth is that this chiselled 44-year-old is absurdly succes women.

Online

Exhibit I

# **Mail** Online

## Hollywood's pass the parcel men: meet the lotharios A-list ladies just can't resist recycling

By Alison Boshoff
Last updated at 9:07 AM on 4th November 2010

He's impossibly handsome, of course, and he brims with a very charismatic and utterly French variety of self-belief.

People who dislike Olivier Martinez say he is an old-fashioned sexist — a Continental ladykiller who is virtually a caricature of the type.

Whatever you say, though, the truth is that this chiselled 44-year-old is absurdly successful with women.



OLIVIER MARTINEZ  The French actor, now 44, counts two Oscar winners among his coterie of lovers

1. French actress Juliette Binoche was his first famous lover in 1995. They separated two years later

2. Olivier dated Oscar winner and Angel Of Death co-star Mira Sorvino from 1999-2002

3. Angelina Jolie had steamy dates with him in 2003, and reportedly gave him a 'lapdance' in 2007

4. Martinez nursed Kylie Minogue through her breast cancer before they split after four years

5. Actress Michelle Rodriguez, star of the cult TV series Lost, was blamed for his split with Kylie

6. This year he dated a posh British lingerie model 21 years his junior, Rosie Huntington-Whiteley, 23

7. Oscar-winning co-star Halle Berry could move in with Martinez. They stepped out together in public for the first time at a fundraiser last week

Online



Online





Print #1





Print #2

# Oh, Kate, there's more to life than pleasing men



Picture: MAVRIX

I HAVE a couple of things I want to moan about today. The fact the Costa chain charges £2.98 for a small white coffee that *doesn't even use organic milk*! Are they insane?

The fact Hermes no longer has a waiting list for its £3,000 Birkin bag and now I find I can no longer afford one! The irony! I hate, too, people (and it is mostly women, because despite the year being 2010 far too few men know of the existence of supermarkets) who wait until the checkout girl gives them the bill before they rummage in the bottom of huge bags to find their purse.

I hate tins that don't come with a ring pull. But, most of all, I am deeply saddened by Kate Hudson's (left) new (alleged) bigger breasts.

Why do successful, independent women like her still feel the need to conform to such a ridiculous physical ideal that's all about pleasing men? Why doesn't she go the whole hog and put on a Cath Kidston apron, bake cupcakes, fake all her orgasms and wash up by hand?

Print

Exh. J.



Daily Mail   Calendar   29 Apr 2010   Table of Contents   68 - 69 MAGAZINE FEMAIL

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-742-517

**Effective date of registration:**

October 6, 2010

---

## Title

**Title of Work:** Musician Roger Daltrey on the beach in Palm Beach taken 10/27/2009

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 27, 2009   **Nation of 1st Publication:** United States

## Author

**Author:** David Adelson

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

**Anonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Mavrix Photo Inc

**Name:** Gareth Miles Thomas

**Email:** gareth@mavrixphoto.com   **Telephone:** 305-542-9276

**Address:** 195 SE 4th Avenue

Deerfield Beach, FL 33441 United States

## Certification

---

Exh. K

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-742-728**

**Effective date of registration:**

October 6, 2010

---

## Title

**Title of Work:** Popstar Robbie Williams Wedding, Los Angeles taken 8/7/2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 7, 2010     **Nation of 1st Publication:** United States

## Author

■  **Author:** Juan Llauro

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

**Anonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Mavrix Photo Inc, dba Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Mavrix Photo Inc

**Name:** Gareth Miles Thomas

**Email:** gareth@mavrixphoto.com     **Telephone:** 305-542-9276

**Address:** 195 SE 4th Avenue

Deerfield Beach, FL 33441 United States

## Certification

---

Exh. L

**From:** "Copyright Office" <cop-rc@loc.gov>
**Date:** November 8, 2010 9:24:06 PM PST
**To:** gareth@mavrixphoto.com
**Subject: Acknowledgement of Receipt**

THIS IS AN AUTOMATED EMAIL - DO NOT REPLY.

Thank you for submitting your registration claim using the electronic Copyright
Office (eCO) System. This email confirms that your application and fee for the
work TV StarPamela Anderson Exclusive in Crete 09/23/2010. was received on
11/09/2010. The following applies to registration claims only (not preregistrations):

The effective date of registration is established when the application, fee AND the
material being registered have been received. If you have not yet sent the material
to be registered, logon to eCO and click the blue case number associated with your
claim in the Open Cases table, then do one of the following:

For digital uploads: Click the Upload Deposit button at the top of the Case
Summary screen, then browse and select the file(s) you wish to upload. Note: only
certain classes of works may be registered with digital deposits (See FAQs:
http://www.copyright.gov/eco/faq.html#eCO_1.4).

For hardcopy submissions:  Click the Create Shipping Slip button at the top of the
Case Summary screen, then click the Shipping Slip link that appears in the Send By
Mail table. Print out and attach the shipping slip to the copy(ies) of your work. For
multiple works, be sure to attach shipping slips to the corresponding copies.

A printable copy of the application will be available within 24 hours of its receipt.
To access the application, click the My Applications link in the left top most
navigation menu of the Home screen.

You will be issued a paper certificate by mail after the registration has been
completed. You may check the status of this claim via eCO using this number [1-
516381547].

[THREAD ID: 1-8JIK1T]

United States Copyright Office

*Exh. M*

**From:** "Copyright Office" <cop-rc@loc.gov>
**Date:** November 12, 2010 3:07:18 PM EST
**To:** gareth@mavrixphoto.com
**Subject: Acknowledgement of Receipt**


THIS IS AN AUTOMATED EMAIL - DO NOT REPLY.

Thank you for submitting your registration claim using the electronic Copyright Office (eCO) System. This email confirms that your application and fee for the work Halle Berry and Olivier Martinez Carousel of Hope Ball 10232010 was received on 11/12/2010. The following applies to registration claims only (not preregistrations):

The effective date of registration is established when the application, fee AND the material being registered have been received. If you have not yet sent the material to be registered, logon to eCO and click the blue case number associated with your claim in the Open Cases table, then do one of the following:

For digital uploads: Click the Upload Deposit button at the top of the Case Summary screen, then browse and select the file(s) you wish to upload. Note: only certain classes of works may be registered with digital deposits (See FAQs: http://www.copyright.gov/eco/faq.html#eCO_1.4).

For hardcopy submissions:  Click the Create Shipping Slip button at the top of the Case Summary screen, then click the Shipping Slip link that appears in the Send By Mail table. Print out and attach the shipping slip to the copy(ies) of your work. For multiple works, be sure to attach shipping slips to the corresponding copies.

A printable copy of the application will be available within 24 hours of its receipt. To access the application, click the My Applications link in the left top most navigation menu of the Home screen.

You will be issued a paper certificate by mail after the registration has been completed. You may check the status of this claim via eCO using this number [1-518405642].

[THREAD ID: 1-8KN1Y9]

United States Copyright Office

*Exh. N*

DEVON  JAMES

From: "Copyright Office" <cop-rc@loc.gov>
Subject: **Acknowledgement of Receipt**
Date: October 6, 2010 3:22:23 PM EDT
To: gareth@mavrixphoto.com

THIS IS AN AUTOMATED EMAIL - DO NOT REPLY.

Thank you for submitting your registration claim using the electronic Copyright Office (eCO) System. This email confirms that your application and fee for the work Tiger Woods Mistress, Devon James Lingerie Image dated 6/25/10 was received on 10/06/2010. The following applies to registration claims only (not preregistrations):

The effective date of registration is established when the application, fee AND the material being registered have been received. If you have not yet sent the material to be registered, logon to eCO and click the blue case number associated with your claim in the Open Cases table, then do one of the following:

For digital uploads: Click the Upload Deposit button at the top of the Case Summary screen, then browse and select the file(s) you wish to upload. Note: only certain classes of works may be registered with digital deposits (See FAQs: http://www.copyright.gov/eco/faq.html#eCO_1.4).

For hardcopy submissions:  Click the Create Shipping Slip button at the top of the Case Summary screen, then click the Shipping Slip link that appears in the Send By Mail table. Print out and attach the shipping slip to the copy(ies) of your work. For multiple works, be sure to attach shipping slips to the corresponding copies.

A printable copy of the application will be available within 24 hours of its receipt. To access the application, click the My Applications link in the left top most navigation menu of the Home screen.

You will be issued a paper certificate by mail after the registration has been completed. You may check the status of this claim via eCO using this number [1-498075872].

[THREAD ID: 1-88KDC9]

United States Copyright Office

Exh. O

## ~Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-721-802

**Effective date of registration:**

May 27, 2010

## Title

Title of Work: Actress Kate Hudson blue bikini and straw hat set shot in Miami 4/9/10.

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: April 9, 2010        Nation of 1st Publication: United States

## Author

■        Author: Mavrix Photo Inc

Author Created: photograph(s)

Work made for hire: Yes

Citizen of: United Kingdom        Domiciled in: United States

Anonymous: Yes

## Copyright claimant

Copyright Claimant: Mavrix Photo Inc, dba Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

## Rights and Permissions

Organization Name: Mavrix Photo Inc

Name: Gareth Miles Thomas

Email: gareth@mavrixphoto.com        Telephone: 305-542-9276

Address: 195 SE 4th Avenue

Deerfield Beach, FL 33441 United States

## Certification

Name: Gareth Thomas

Date: May 27, 2010

Exh. P

- Q&A
- Intelligence

- 1854

-

-

-



Home > News > Rights > Copyright

# Daily Mail accused of copyright infringement, again



Exhibit Q

The Daily Mail has been, once again, accused of allegedly infringing on copyrights after one photographer found one of his images used, without his authorisation, both online and in print

Author: Olivier Laurent

17 Jun 2010 Tags: CopyrightMoral rightsDaily mail

On 02 June, the Daily Mail published an article on the wives and girlfriends of England's World Cup players. To illustrate the story, the newspaper used an image of Louise Barry, Gareth Barry's wife. While the image held a credit for David Hitchins/Capital Pictures, photographer Ian Richardson claims the image belongs to him.

"The photo was a portrait of footballer Gareth Barry's wife, which I took when I attended the Barrys' wedding as a photographer," Richardson tells BJP. "My wife was the Barrys' wedding planner and she had placed the photo on her website. The photo on her site carried my copyright details in the IPTC metadata. I noticed when I downloaded the photo from the Mail Online that the IPTC data had been changed to 'Capital Pictures'."

However, Richardson didn't realise his image had been used until it was published, another time, by *New* magazine, owned by Northern and Shell Media Publications. According to correspondence, seen by BJP, between picture editors at the Daily Mail and Capital Pictures, it appears that *New* requested the image from Capital Pictures after seeing it published on Mail Online. When contacted, Capital Pictures was unable to find the image in its archives, advising the magazine to contact the Daily Mail directly.

In an email, also seen by BJP, Phil Loftus of Capital Pictures wrote to the Daily Mail's online picture editor Elliot Wagland that he "requested a copy of the image from your picture library after seeing the (wrongly) credited image on the Daily Mail website. The library employee asked if I was the copyright holder and I said that the image was credited to us on your website. He said that the image had no metadata but would then credit the image to Capital Pictures."

After being contacted by Richardson, who informed the library that he was the rightful owner to the picture, Loftus told the Daily Mail's online picture editor that Capital Pictures was "not the copyright holders and copyright has not been licensed to us. Please remove any attribution to Capital Pictures."

Despite being told that the image did not belong to Capital Pictures and that, as a result, Daily Mail had no right to use it, Richardson's image is still being displayed on Mail Online.

Upon closer inspection, it appears that the file held in the Daily Mail's library, which was forwarded to Richardson by New magazine, contains purple borders corresponding to Richardson's website background colour. This would indicate that the file is the result of a screengrab from Richardson's website.

While the Daily Mail declines to provide a comment on this particular case, BJP understands that the newspaper's picture desk has been asked to resolve this matter with the photographer. Loftus of Capital Pictures tells BJP that once he was made aware of the situation, he stopped distributing the image and informed the Daily Mail of the issue.

It isn't the first time that the Daily Mail has been at the centre of a copyright infringement case.

In May, the newspaper was forced to admit it had used images shot by another photographer – Emily

James of Just Do It – without authorisation and payment. Mail Online had published three images, posted on TwitPic, depicting people waiting outside of St-Vincent polling station in Dalston.

When James contacted Wagland, the Mail's online picture editor, asking to be paid for the use, she was told that he couldn't pay "the amount you have requested, [as] these images were taken from twitpic and therefore placed in the public domain." He added: "We are more that happy to pay for the images but we'll only be paying £40 per image."

TwitPic's terms and conditions clearly state that copyright remains with the images' owner and that any commercial use must be agreed with the copyright holder.

Speaking to BJP in May, a Daily Mail spokesman was forced to reaffirm that it was not the newspaper's policy "to breach photographers' copyrights," and that it will be "happy to look into individual cases."

However, the Daily Mail spokesman declined to comment further when asked to explain why the photographer hadn't been contacted, in the first instance, for use of their image. BJP now understands that James has been paid for the use of her images. However, financial details have not been disclosed.

James' case isn't isolated. Also in May, photographer Clive Flint found out the Daily Mail had altered and used one of his photographs of Lena Pietsch, a member of the Liberal Democrat party and press spokeswoman for Nick Clegg. Flint had published his image on Flickr under a Creative Commons license that only allowed non-commercial and non-derivatives uses.



Save up to 80%
off Adobe Creative Suite 5
with Adobe Student and Teacher Editions
Learn more »

*This article was updated on Thursday 17 June at 12h45 to reflect the fact that Capital Pictures did not charge New magazine for Ian Richardson's picture contrary to what was previously stated. Phil Loftus tells BJP (see comment below) that Capital Pictures informed New magazine that "..copyright belongs to Ian Richardson who I believe has been in contact with New magazine either directly or via his wife, Susanna. Any fees should be discussed with them."*

- Comment
- Email to a friend
- Print