PETER R. AFRASIABI, ESQ. (BAR No. 193336)
ONE LLP
4000 MacARTHUR BOULEVARD
WEST TOWER, SUITE 1100
NEWPORT BEACH, CALIFORNIA 92660
TEL.: (949) 502-2870    FAX: (949) 258-5081

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| MAVRIX PHOTO, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV10-9045 PSG(VBKx) |
| DAILY MAIL OF LONDON | PROOF OF SERVICE SUMMONS AND COMPLAINT (Use separate proof of service for each person/party served) |
| DEFENDANT(S). | |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (*specify documents*):

   ☐ summons  ☐ first amended complaint  ☐ third party complaint
   ☐ complaint  ☐ second amended complaint  ☐ counter claim
   ☐ alias summons  ☐ third amended complaint  ☐ cross claim
   ☒ other: (*specify*): SEE ATTACHED LIST OF DOCUMENTS

2. **Person served:**
   a. ☒ Defendant (*name*): DAILY MAIL OF LONDON, a DBA for ASSOCIATED NEWSPAPERS LIMITED
   b. ☒ Other (*specify name and title or relationship to the party/business named*):
      STEVE PASTORE, AUTHORIZED TO ACCEPT AT THE PRENTICE HALL CORPORATION SYSTEMS, INC.
   c. ☒ Address where papers were served:
      80 STATE STREET, ALBANY NY 12207

3. **Manner of Service** in compliance with (one box must be checked):
   a. ☒ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☒ **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☒ Papers were served on (*date*): DECEMBER 16, 2010     at (*time*): 02:15 PM
   b. ☐ **By Substituted service.** By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ papers were served on (*date*): _____ at (*time*): _____
      4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on (*date*): _____
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant. (Attach separate declaration regarding due diligence).
   c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of Summons and Complaint).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by F.R.Civ.P. 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the United States, and Its Agencies, Corporations or Officers.
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (date): _____ at (time): _____.

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):
   J.R. O'ROURKE
   NATIONWIDE LEGAL, INC.
   820 N. PARTON STREET, SUITE 203
   SANTA ANA, CA 92701
   (714) 558-2400

   a. ☑ Fee for service: $ 225.00
   b. ☑ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

DECEMBER 20, 2010         (CTRL# 2266159)        _____
Date                                             Signature

ATTACHMENT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MAVRIX PHOTO, INC. vs. DAILY MAIL OF LONDON
CASE No.: CV10-9045 PSG(VBKx)

'LIST OF DOCUMENTS SERVED'

1. SUMMONS
2. COMPLAINT FOR COPYRIGHT INFRINGEMENT/DEMAND FOR JURY TRIAL
3. CIVIL COVER SHEET
4. CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)
5. NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY
6. REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT
7. STANDING ORDER REGARDING NEWLY ASSIGNED CASES
8. NOTICE TO PARTIES OF ADR PROGRAM
9. ADR PROGRAM QUESTIONNAIRE