Peter Afrasiabi, Esq. (Bar No. 193336)
pafrasiabi@onellp.com
Christopher W. Arledge, Esq. (Bar No. 200767)
carledge@onellp.com
John Tehranian, Esq. (Bar No. 211616)
jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff Mavrix Photo, Inc.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
kellisager@dwt.com
CARLA A. VELTMAN (State Bar No. 223910)
carlaveltman@dwt.com

Attorneys for Defendant
ASSOCIATED NEWSPAPERS LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAILY MAIL OF LONDON, a DBA for ASSOCIATED NEWSPAPERS LIMITED; DMGT PLC; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. CV 10-9045 PSG (VBKx)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii)<br><br>Action Filed: November 23, 2010 |

This Stipulation is entered into by and between counsel for plaintiff Mavrix Photo Inc. ("plaintiff") and counsel for defendant Associated Newspapers Ltd., erroneously sued as "Daily Mail of London a DBA for Associated Newspapers Limited" ("Associated Newspapers") (collectively the "Parties").

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and agree that the above captioned action shall be dismissed in its entirety with prejudice, and without an award of costs to any Party.

DATED: ~~February~~ March 3, 2012

ONE LLP
PETER AFRASIABI
CHRISTOPHER W. ARLEDGE
JOHN TEHRANIAN

By: _______________
Peter Afrasiabi

Attorneys for Plaintiff
MAVRIX PHOTO, INC.

DATED: ~~February~~ March 6, 2012

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
CARLA A. VELTMAN

By: _______________
Kelli L. Sager

Attorneys for Defendant
ASSOCIATED NEWSPAPERS LTD, erroneously sued as Daily Mail of London





DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899