| | | |
|---|---|---|
| 1 | Peter Afrasiabi, Esq. (Bar No. 193336) | JS-6 |
| 2 | pafrasiabi@onellp.com | |
| | Christopher W. Arledge, Esq. (Bar No. 200767) | E-FILED 03/09/12 |
| 3 | carledge@onellp.com | |
| 4 | John Tehranian, Esq. (Bar No. 211616) | |
| | jtehranian@onellp.com | |
| 5 | ONE LLP | **NOTE CHANGES MADE BY THE COURT.** |
| 6 | 4000 MacArthur Blvd. | |
| | West Tower, Suite 1100 | |
| 7 | Newport Beach, California 92660 | |
| 8 | Telephone:  (949) 502-2870 | |
| | Facsimile:   (949) 258-5081 | |
| 9 | | |
| | Attorneys for Plaintiff Mavrix Photo, Inc. | |

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
CARLA A. VELTMAN (State Bar No. 223910)
  carlaveltman@dwt.com

Attorneys for Defendant
ASSOCIATED NEWSPAPERS LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation, | ) Case No. CV 10-9045 PSG (VBKx) |
| Plaintiff, | ) **STIPULATED DISMISSAL WITH PREJUDICE** ; **ORDER** |
| vs. | ) Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| DAILY MAIL OF LONDON, a DBA for ASSOCIATED NEWSPAPERS LIMITED; DMGT PLC; and DOES 1-10 inclusive, | ) Action Filed: November 23, 2010 |
| Defendants. | ) |

1 | This Stipulation is entered into by and between counsel for plaintiff Mavrix
2 | Photo Inc. ("plaintiff") and counsel for defendant Associated Newspapers Ltd.,
3 | erroneously sued as "Daily Mail of London a DBA for Associated Newspapers
4 | Limited" ("Associated Newspapers") (collectively the "Parties").
5 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the
6 | Parties stipulate and agree that the above captioned action shall be dismissed in its
7 | entirety with prejudice, and without an award of costs to any Party.

DATED: ~~February~~ March 3, 2012

ONE LLP
PETER AFRASIABI
CHRISTOPHER W. ARLEDGE
JOHN TEHRANIAN

By: _____
       Peter Afrasiabi

Attorneys for Plaintiff
MAVRIX PHOTO, INC.

DATED: ~~February~~ March 6, 2012

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
CARLA A. VELTMAN

By: _____
       Kelli L. Sager

Attorneys for Defendant
ASSOCIATED NEWSPAPERS LTD,
erroneously sued as Daily Mail of London

Dated: 03/09/12

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

1

DWT 18306592v1 0049264-000017

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899